IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN MERIK CACCAVARI,

    Plaintiff,

v.                               CASE NO. 5:11-cv-325-RS-CJK

JOHN BUSH, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 8). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with orders of the court.

3. All pending motions are **DENIED** as moot.

4. The clerk is directed to close the file.

**ORDERED** on March 1, 2012.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**